IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>The Don Luscombe Aviation History Foundation,<br><br>    Debtor. | In Proceedings Under Chapter 7<br><br>Case No. 2:02-bk-18352-SSC |
| In Re<br><br>Paul Douglas Combs,<br><br>    Debtor. | Case No. 2:05-bk-6498-SSC<br>(Jointly Administered) |
| In Re<br><br>Jill Ford, Chapter 7 Trustee of the Paul Douglas Combs Bankruptcy Estate,<br><br>    Plaintiff,<br>vs.<br><br>Robert P. Ollerton and Jane Does Ollerton, husband and wife,<br><br>    Defendants. | Adv. No. 07-ap-00157<br><br>ORDER INCORPORATING MEMORANDUM DECISION OF JULY 16th, 2008<br><br>(Opinion to Post) |

1

Based upon this Court's Memorandum Decision of July 16, 2008, which is herein incorporated by reference,

IT IS ORDERED GRANTING the "Motion to Approve Stipulation to Resolve Adversary Proceeding" filed on April 29, 2008, by Jill H. Ford and Robert Ollerton. The Debtor's Objection to the Settlement Agreement is hereby overruled.

DATED this 16th day of July, 2008.

/s/ Sarah Sharer Curley
Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

BNC to notice.